1  Matthew G Ball (SBN 208881)
   matthew.ball@klgates.com
2  Daniel W Fox (SBN 268757)
   daniel.fox@klgates.com
3  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
4  San Francisco, CA  94111
   Telephone: +1 415 882 8200
5  Facsimile: +1 415 882 8220

6  Eric C. Rusnak, *pro hac vice forthcoming*
   eric.rusnak@klgates.com
7  K&L GATES LLP
   1601 K Street, NW
8  Washington, DC 20006
   Telephone: +1 202 778 9000
9  Facsimile: +1 202 778 9100

10 Ranjini Acharya (SBN 290877)
   ranjini.acharya@klgates.com
11 K&L GATES LLP
   620 Hansen Way
12 Palo Alto, CA 94304
   Telephone: +1 650 798 6700
13 Facsimile: +1 650 798 6701

14 *Attorneys for Defendant*
   *OPENTV, INC.*

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17 BROADBAND ITV, INC., a Delaware          Case No. 3:17-cv-6647
18 corporation,
                                            (Superior Court of the State of California for
19                  Plaintiff,              the County of San Francisco, CA Case No.
                                            CGC-17-561922)
20 vs.
                                            **DEFENDANT OPENTV, INC.'S**
21 OPENTV, INC., a Delaware corporation,    **ADMINISTRATIVE MOTION TO FILE**
                                            **NOTICE OF REMOVAL UNDER SEAL**
22                  Defendant.

23 OPENTV, INC.,

24                  Cross-Complainant
25 v.

26 BROADBAND ITV, INC.,

27                  Cross-Defendant.

28

---

Pursuant to Local Rules 7-11 and 79-5.2 of the Local Civil Rules of the United States District Court for the Northern District of California, Defendant OpenTV, Inc. ("OpenTV" or "Defendant") respectfully requests that this Court file under seal portions of Defendant's Notice of Removal (the "Notice").  Pursuant to Local Rule 79-5(e), OpenTV seeks to file under seal portions of the Notice—specifically, portions of the Notice and portions of Exhibits 1, 3, and 4 to the Notice—that disclose terms of a Source Code License and Binary Distribution Agreement (the "Source Code Distribution Agreement") between OpenTV and Plaintiff Broadband ITV, Inc. ("BBiTV" or "Plaintiff").  In addition, OpenTV seeks to file under seal in its entirety the Source Code Distribution Agreement, attached as Exhibit A to Plaintiff's Complaint, which is attached as Exhibit 1 to the Notice.

As a preliminary matter, OpenTV does not assert that the redacted portions of the Notice and Exhibits 1, 3, and 4 to the Notice contain any of OpenTV's proprietary or commercially sensitive information; rather, OpenTV files these portions of the Notice under seal pursuant to Local Rule 79-5(e) because the information is subject to the confidentiality provision of the Source Code Distribution Agreement and Plaintiff has redacted this information in its Complaint, attached as Exhibit 1 to the Notice.[1]  Declaration of Daniel Fox ("Fox Declaration"), ¶2.  If Plaintiff does not file a declaration pursuant to Local Rule 79-5(e)(1), Open TV does not object to this Court filing in the public record the Notice of Removal, including all exhibits, except for the Source Code Distribution Agreement discussed below.

The actual Source Code Distribution Agreement; attached to Plaintiff's Complaint, which is attached as Exhibit 1 to the Notice of Removal; is properly sealable.  This Administrative Motion is made on the ground that the Source Code Distribution Agreement between OpenTV and BBiTV contains commercially sensitive, generally unknown, and valuable trade secret information.  Fox Declaration, ¶3; *Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1225-26 (Fed. Cir. 2013); *In re Electronic Arts, Inc.*, 298 F. Appx. 568, 569 (9th Cir. 2008).  The Source Code Distribution Agreement contains a provision that expressly designates its terms as confidential.  Fox Declaration, ¶4.

---

[1] Plaintiff filed a motion to file its Complaint under seal in the Superior Court.

**DEFENDANT OPENTV, INC.'S ADMINISTRATIVE MOTION TO
FILE NOTICE OF REMOVAL UNDER SEAL**

The Source Code Distribution Agreement terms are properly sealable to avoid commercial harm and/or unfair competitive disadvantage.  *See Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that certain types of non-public, commercially sensitive documents may be protected from public disclosure).  Rule 26 of the Federal Rules of Civil Procedure provides district courts with broad discretion to seal filed materials in order to protect, among other things, "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c)(1)(g).

Further, the proposed sealing is narrowly tailored because it is limited to the Source Code Distribution Agreement and permits certain references to the Source Code Distribution Agreement in the pleadings.  Fox Declaration, ¶5.

Thus, OpenTV respectfully requests that the Court grant this Motion and seal the redacted portions of OpenTV's Notice of Removal.

Dated: November 17, 2017            K&L GATES LLP

By: */s/ Daniel W. Fox     .*
    Matthew G. Ball (SBN 208881)
     matthew.ball@klgates.com
    Daniel W. (SBN 268757)
     harold.davis@klgates.com
    K&L GATES LLP
    Four Embarcadero Center, Suite 1200
    San Francisco, CA 94111
    Telephone: 415.882.8200
    Facsimile: 415.882.8220

    *Attorneys for Defendant OPENTV, INC.*

DEFENDANT OPENTV, INC.'S ADMINISTRATIVE MOTION TO
FILE NOTICE OF REMOVAL UNDER SEAL

1

## PROOF OF SERVICE

2

3        I am employed in the county of San Francisco, State of California.  I am over the age of 18

4    and not a party to the within action; my business address is K&L GATES LLP, Four Embarcadero

5    Center, Suite 1200, San Francisco, California 94111.

6        On November 17, 2017, I served the documents described as:

7

8    **DEFENDANT OPENTV, INC.'S ADMINISTRATIVE MOTION TO FILE NOTICE OF REMOVAL UNDER SEAL**

9        together with an unsigned copy of this declaration on the interested parties in this action by

10   delivering a true copy thereof enclosed in sealed envelope(s) addressed as follows:

11

12   Attorney for Plaintiff                          Attorneys for Plaintiff

13   Kassra P. Nassira                               Paul Alston
     NASSIRI & JUNG LLP                              Nickolas A Kacprowski
     47 Kearny Street, Suite 700                     ALSTON HUNT FLOYD & ING
14   San Francisco, CA  94108                        A LAW CORPORATION
                                                     1001 Bishop Street, Suite 1800
15   Tel:  (415) 762-3100                            Honolulu, HI  96813
     Fax: (415) 534-3200
16                                                   Tel:  (808)524-1800
                                                     Fax: (808) 524-4591
17

18   ☐    **BY MAIL:**  I placed for collection and processing such envelope(s) to be deposited in the
          mail at San Francisco, California with postage thereon fully prepaid to the office of the
19        addressee(s) as indicated above.  I am "readily familiar" with this firm's practice of collection
          and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on
20        that same day, with postage fully prepaid, in the ordinary course of business herein attested to
          (C.C.P. § 1013(a)).  I am aware that on motion of party served, service is presumed invalid if
21        postal cancellation date or postage meter date is more than one day after the date of deposit
          for mailing in affidavit.
22

23       I declare under penalty of perjury under the laws of the State of California that the above is

24   true and correct.

25       Executed on November 17, 2017, at San Francisco, California.

26

27       _____
         Kimberly Love

28

---

Proof of Service